UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ER TENNESSEE LLC,

                    Plaintiff,

            -v.-

1332 DEVELOPMENTS, LLC et al.,

                    Defendants.

24 Civ. 6587 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On March 12, 2026, Plaintiff's motion to amend its complaint, ECF No. 21, was granted, and the motion to dismiss of Defendants Tim Roach and Holly Roach (the "Individual Defendants"), ECF No. 13, was denied as moot.  *See* ECF No. 23.

It is hereby ORDERED that Plaintiff shall file its amended complaint by **April 2, 2026**. In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, the amended complaint should be filed with a redline showing all differences between the original and revised filing.

By three weeks after the amended complaint is filed, the Individual Defendants shall file an answer or a new motion to dismiss.  If the Individual Defendants file a new motion to dismiss, any opposition shall be filed within 14 days.  Any reply shall be filed within seven days of any opposition.

        SO ORDERED.

Dated: March 18, 2026
      New York, New York

                                _____
                                JENNIFER H. REARDEN
                                United States District Judge